### Toll, Appellant, *v.* The Great Atlantic and Pacific Tea Company.

Argued March 26, 1974. *Marvin L. Wilenzik,* with him *Morris Gerber,* and *Gerber, Davenport & Wilenzik,* for appellant; *Otis W. Erisman,* with him *William L.*

*Gaunt, Arthur L. Jenkins, Jr., Truscott and Erisman,* and *Smith, Aker, Grossman, Hollinger and Jenkins,* for appellee.

Order affirmed.

HOFFMAN, J., dissents.